UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA ESTERS WRIGHT,

    Petitioner,

v.                                                      CASE NO. 6:03-cv-1367-Orl-19DAB
                                                        (6:00-cr-147-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

**ORDER**

    Petitioner's Motion Requesting Certificate of Appealability Pursuant to Title 28 U.S.C. § 2253 (Doc. No. 18, filed April 20, 2005) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

    **DONE AND ORDERED** at Orlando, Florida, this   2nd    day of May, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 5/2
Counsel of Record
Angela Esters Wright